LAW OFFICES OF LAWRENCE S. KATZ, P.A.
Lawrence S. Katz
*Admitted Pro Hac Vice,*
FBN: 108268
Two Datran Center Suite #1511
9130 S. Dadeland Blvd.
Miami, FL 33156
Tel: (305) 670-8656
Email: lkatz@katzfamilylaw.com

SEYMOUR FAMILY LAW
Brent D. Seymour (SBN 148737)
940 Adams Street, Suite C
Benicia, CA 94510
Tel: (707) 297-6686
Email: brentseymour@seymour.law

Attorneys for Respondent

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SITTING AS A TREATY TRIBUNAL UNDER
ARTICLE III SECTION 2 OF THE UNITED STATES CONSTITUTION
CONCURRENT JURISDICTION CONFERRED BY 22 U.S.C. 9001 ET SEQ.

| | |
|---|---|
| SHARIFA ANWARI<br><br>    Petitioner,<br><br>    vs.<br><br>AHMAD MOMAND,<br><br>    Respondent. | Case No. 3:22-cv-04357-VC<br><br>NOTICE OF APPEARANCE OF BRENT D. SEYMOUR ON BEHALF OF RESPONDENT |

The Convention on the Civil Aspects
of International Child Abduction,
done at the Hague on 25 Oct. 1980 [The Convention]
---------------
International Child Abduction Remedies Act
22 U.S.C. 9001 et seq.

NOTICE OF APPEARANCE

-1-

**TO THE CLERK OF THIS COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that I, Brent D. Seymour of SEYMOUR FAMILY LAW, hereby enter my appearance as counsel for Respondent in the above-referenced action. I am a member of the State Bar of California and am admitted to practice in the Northern District of California.  My address, email and telephone number are as follows:

> Brent D. Seymour (SBN 148737)
> SEYMOUR FAMILY LAW
> 940 Adams Street, Suite C
> Benicia, CA 94510
> Tel: (707) 297-6686
> Email: brentseymour@seymour.law

Please serve said counsel with all pleadings and notices in this action.

Dated: Sept. 13, 2022                SEYMOUR FAMILY LAW


                                     by:_____/s/ Brent D. Seymour_____
                                     Brent D. Seymour (SBN 1487379
                                     940 Adams Street, Suite C
                                     Benicia, CA 94510
                                     Tel: (707) 297-6696
                                     Email: brentseymour@seymour.law

                                     Attorneys for Respondent, Ahmand Wali Momand

NOTICE OF APPEARANCE

-3-

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |

NOTICE OF APPEARANCE

-3-