UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARIFA ANWARI,<br><br>          Plaintiff,<br><br>     v.<br><br>AHMAD MOMAND,<br><br>          Defendant. | Case No. 22-cv-04357-VC<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. Nos. 13, 16 |

    Anwari failed to appear at the case management conference on September 28, 2022. Anwari is therefore ordered to show cause as to why her petition should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. Anwari is ordered to file a written response by Monday, October 3, 2022. The hearing on the order to show cause will be held Wednesday, October 5, 2022 at 1pm via Zoom. If Anwari fails to respond or appear at the hearing, the petition will be dismissed for failure to prosecute.

    Momand's counsel is ordered to email this order to Anwari, Anwari's German counsel, and the Santa Clara County District Attorney's Office (specifically, the attorneys who filed the petition in state court on Anwari's behalf).

    **IT IS SO ORDERED.**

Dated: September 28, 2022

VINCE CHHABRIA
United States District Judge